IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel:  818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, JOSE A. GUTIERREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE A. GUTIERREZ, <br><br> Plaintiff, <br> v. <br><br> KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security <br><br> Defendant. | Case No.: CV 22-4218 E <br><br> ~~[PROPOSED]~~ ORDER AWARDING EAJA FEES <br><br> CHARLES F. EICK <br> UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of SIX THOUSAND DOLLARS ($6,000.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 6/1/23

/S/ CHARLES F. EICK
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE